**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DAMION BROWN**                                                                    **PETITIONER**
**ADC #138883**

**v.**                                   **Case No: 2:24-cv-00115-LPR**

**DEXTER PAYNE,**
*Director, Arkansas Division of Correction*                          **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 4).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DISMISSED with prejudice.  A certificate of appealability will not issue.

IT IS SO ORDERED this 5th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE